FILED ORIGINAL
2007 APR -6 PM 12: 46
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SERGIO MEDINA-MEJIA,<br><br>  Defendant. | CR. No. 04-1329GT<br><br>**ORDER** |

On November 8, 2006, Defendant, Sergio Medina-Mejia ("Mr. Medina"), filed a Motion and or Objection to the Court's Imposition of Supervised Release. Mr. Medina argues that since the relevant statute does not mandate the imposition of supervised release, the court is without authority to impose supervised release. This is incorrect. The Ninth Circuit has continually held that supervised release is part of the original sentence. United States v. Huetra-Pimental, 445 F.3d 1220, 1222 (9th Cir. 2006). Additionally, the Ninth Circuit has held that supervised release "is expressly authorized by § 3583 whether or not it is mandated by the statute of conviction or

otherwise." Id. Hence, Mr. Medina's argument has been addressed and rejected by the Ninth Circuit and current case law. Accordingly,

**IT IS ORDERED** that Mr. Medina's Motion and/or Objection to the Imposition of Supervised Release is **DENIED.**

**IT IS SO ORDERED.**

4-6-07
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel